UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-CR-17 |
| | ) | |
| ADAM NORWOOD | ) | |

## **O R D E R**

This criminal matter came before the Court for sentencing on March 21, 2004. Counsel for the defendant failed to appear, having informed chambers shortly before the hearing that he was ill. Additionally, it was brought to the Court's attention that counsel for the defendant was recently prohibited from filing any further debtor's cases in the Bankruptcy Court for the Eastern District of Tennessee. Finally, the defendant requested that he be appointed other counsel. Therefore, it is hereby **ORDERED** that John Anderson, Esq. is relieved from any further representation of this defendant in this matter, and that Olen Haynes, Jr., Esq., is appointed to represent the defendant. The sentencing of this defendant is **CONTINUED** to April 18, 2005 at 9:00 A.M.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE